Daniel B. Olmos (CA SBN: 235319)
Christopher Wheless (CA SBN: 348492)

**NOLAN BARTON OLMOS & LUCIANO LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

dolmos@nbo.law
cwheless@nbo.law

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELANIOUS WARD, et al.,<br><br>Defendant. | Case No. 2:24-cr-00012-TLN-4<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR CRAIG HUNTER; DECLARATION OF COUNSEL IN SUPPORT THEREOF; ORDER**<br><br>Judge: Hon. Troy L. Nunley |

PLEASE TAKE NOTICE that upon the accompanying declaration of Daniel B. Olmos dated April 16, 2024, and pursuant to the Local Rule 182(d) of United States District Court, Eastern District of California, Daniel B. Olmos hereby moves to withdraw as attorney of record for defendant Craig Hunter.

Dated: April 16, 2024

Respectfully submitted,

NOLAN BARTON OLMOS & LUCIANO, LLP

_____
Daniel B. Olmos
*Attorney for Craig Hunter*

- 1 -
**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT CRAIG HUNTER
CAS NO. 2:24-cr-00012-TLN-4**

# DECLARATION IN SUPPORT OF MOTION FOR WITHDRAWAL

I, Daniel B. Olmos, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law, licensed to practice in the Eastern District of California.
2. I respectfully request leave of the Court to withdraw as co-counsel for defendant Craig Hunter in the above-caption matter.
3. I submitted a Notice of Appearance as Co-counsel with Michael Heumann on January 26, 2024 (Dkt. 49) to temporarily represent defendant Craig Hunter during Mr. Heumann's absence.
4. Mr. Heumann has returned from his absence and no longer requires my assistance as co-counsel in this case.
5. Pursuant to Local Rule 182(d) of the United States District Court, Eastern District of California, I hereby move to withdraw as attorney of record for defendant Craig Hunter. I have returned/provided all documents received or created in connection with this case to Mr. Heumann.
6. Defendant consents to my withdrawal.

For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing system, and that no documents, notices, or other pleadings in this action be served upon me.

Dated: April 16, 2024              /s/ Daniel B. Olmos
                                   Daniel B. Olmos

## ORDER

IT IS SO ORDERED:

Dated: April 16, 2024              Troy L. Nunley
                                   United States District Judge