MICHELE BECKWITH
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00012-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CRAIG HUNTER, | DATE: February 27, 2025 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status of sentencing on February 27, 2025.

2. By this stipulation, the parties now move to continue this matter for a status of sentencing on April 10, 2025.

3. The reason for the continuance is continuing investigation bearing on the sentencing factors and recommendations.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 25, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ CAMERON L. DESMOND<br>CAMERON L. DESMOND<br>Assistant United States Attorney |
| Dated: February 25, 2025 | /s/ Michael Heumann<br>Michael Heumann<br>Counsel for Defendant<br>CRAIG HUNTER |

## ORDER

IT IS SO FOUND AND ORDERED this 25th day of February, 2025.

_____
Troy L. Nunley
Chief United States District Judge