LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
CRAIG HUNTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG HUNTER<br><br>　　　　　　Defendant. | Case No.: 2:24-CR-00012-TLN<br><br>STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER<br><br>DATE: November 13, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for sentencing on November 13, 2025.

2. By this stipulation, defendant moves to continue the sentencing date to April 16, 2026

3. The parties agree and stipulate, and request that the Court find the following:

　　a) Counsel for defendant desires additional time to consult with their clients, to collect mitigation to present at sentencing, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to otherwise prepare for the hearing.

　　b) Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　c) The government does not object to the continuance.

4. The parties stipulate to the following briefing schedule:

　　a) Draft PSR:　　　　　　　　March 5, 2026

|   |    |                        |                  |
|---|----|------------------------|------------------|
|   | b) | Informal Objections:   | March 19, 2026   |
|   | c) | Final PSR              | March 26, 2026   |
|   | d) | Formal Objections      | April 2, 2026    |
|   | e) | Reply                  | April 9, 2026    |
|   | f) | Judgement and Sentencing | April 16, 2026 |

IT IS SO STIPULATED.

Dated: November 12, 2025
ERIC GRANT
United States Attorney

/s/ CAMERON DESMOND
CAMERON DESMOND
Assistant United States Attorney

Dated: November 12, 2025
/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
CRAIG HUNTER

**ORDER**

IT IS SO FOUND AND ORDERED this 13th day of November, 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE