ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00012-TLN |
| Plaintiff, | STIPULATION TO SET JUDGMENT AND SENTENCING; FINDINGS AND ORDER |
| v. | DATE: April 16, 2026 |
| CRAIG HUNTER, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on April 16, 2026.

2.    By this stipulation, the parties now move to continue the sentencing to May 7, 2026, at 9:30 a.m. The reason for the continuance is for further investigation bearing on sentencing. The parties also request that the Court adopt the following PSR schedule:

STIPULATION TO SET SENTENCING

1

| | |
|---|---|
| Judgment and Sentencing Date: | May 7, 2026 |
| Reply, or Statement of Non-Opposition: | April 30, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 23, 2026 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 16, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 9, 2026 |
| The draft Presentence Report shall be disclosed to counsel no later than: | March 26, 2026 |

IT IS SO STIPULATED.

Dated:  March 5, 2026

ERIC GRANT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated:  March 5, 2026

/s/ Michael Heumann
Michael Heumann
Counsel for Defendant
CRAIG HUNTER

## ORDER

IT IS SO FOUND AND ORDERED this 6th day of March, 2026.

Troy L. Nunley
Chief United States District Judge

STIPULATION TO SET SENTENCING

2