ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00012-TLN |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER |
| v. | DATE: May 7, 2026 |
| CRAIG HUNTER, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on May 7, 2026.

2.    By this stipulation, the parties now move to continue the sentencing to May 14, 2026. Counsel was alerted on May 6, 2026, by the United States Marshalls that there had been a transportation complication and that the defendant would not be available for sentencing on May 7, 2026.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE SENTENCING

1

Dated:  May 6, 2026

ERIC GRANT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated:  May 6, 2026

/s/ Michael Heumann
Michael Heumann
Counsel for Defendant
CRAIG HUNTER

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of May, 2026.

_____
Troy L. Nunley
Chief United States District Judge